IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLO.

AUG 23 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. **06-CV-01671**

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

MYRON RAY CARTER, In Pro Se,

    Plaintiff,

v.

JOSEPH ORTIZ, Director Colorado Department of Corrections,
HOYT BRILL, Warden, Kit Carson Correctional Center,
JOHN DOE, Mayor, City of Burlington, Colorado,
MR. CRENSHAW, Security Chief, Kit Carson Correctional Center,
MR. WINSLOW, Communications Officer, Kit Carson Correctional Center,
MS. KHALE, Recreations Officer, Kit Carson Correctional Center,
JOHN DOE, Sergeant, Kit Carson Correctional Center,
MR. WING, Kit Carson Correctional Center, Corrections Officer,
MS. WING, Kit Carson Correctional Center Corrections Officer,
JOHN DOE, Property Manager, Kit Carson Correctional Center,
MR. M. INSLOW, Kit Carson Correctional Center Sergeant,
JOHN DOE MORALES, Unit C Manager, Kit Carson Correctional Center,
MR. GALINDO, Kit Carson Correctional Center Captain,
CORRECTIONS CORPORATION OF AMERICA,
MR. ERHART, Kit Carson Correctional Center Captain,
GARY WILKERSON, Unit B Manager, Kit Carson Correctional Center,
JOHN DOE, Plummer, Kit Carson Correctional Center,
TINA GURELE, Department of Corrections Liason, and
OTHER UNNAMED AND UNKNOWN JANE OR JOHN DOES, Individually and Their
    Official Capacities,

    Defendants.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and Prisoner Complaint. As part of the court's review

pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) __ is not submitted
(2) __ is missing affidavit
(3) __ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) __ is missing required financial information
(5) __ is missing an original signature by the prisoner
(6) _X_ is not on proper form (must use the court's current form)
(7) __ names in caption do not match names in caption of complaint, petition or habeas application
(8) __ An original and a copy have not been received by the court. Only an original has been received.
(9) __ other _____

**Complaint, Petition or Application:**
(10) __ is not submitted
(11) _X_ is not on proper form (must use the court's current form)
(12) __ is missing an original signature by the prisoner
(13) __ is missing page nos. __
(14) __ uses et al. instead of listing all parties in caption
(15) __ An original and a copy have not been received by the court. Only an original has been received.
(16) __ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) __ names in caption do not match names in text
(18) __ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the Plaintiff

2

files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and a Prisoner Complaint.  It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 22d day of August, 2006.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-CV-01671-BNB

Myron Ray Carter
Prisoner No. 58637
Kit Carson Corr. Center
PO Box 2000
Burlington, CO 80807

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and a Prisoner Complaint** to the above-named individuals on 8/23/06

GREGORY C. LANGHAM, CLERK

By: /s/
        Deputy Clerk