IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01671-ZLW

MYRON RAY CARTER, In Pro Se,

Plaintiff,

v.

JOSEPH ORTIZ, Director, Colorado Department of Corrections,
HOYT BRILL, Warden, Kit Carson Correctional Center,
JAMES KNOX, Mayor, City of Burlington, Colorado,
JOHNNY CRENSHAW, Security Chief, Kit Carson Correctional Center,
KEVIN A. WINSLOW, Communications Officer, Kit Carson Correctional Center,
MICHELE KHALE, Recreations Officer, Kit Carson Correctional Center,
TIMOTHY ERLICH, Sergeant of Security, Kit Carson Correctional Center,
MARK WING, Kit Carson Correctional Center,
LAURA WING, Kit Carson Correctional Center,
STEVEN PHILLIPS, Kit Carson Correctional Center Property Officer,
MICHAEL INLOW, Kit Carson Correctional Center Sergeant,
JOSE MORALES, Kit Carson Correctional Center Unit B Mamager [sic],
HERIBERTO GALINDA, Kit Carson Correctional Center Captain,
CORRECTIONAL CORPORATION OF AMERICA, Contractor to
    the Colorado Department of Corrections and the City of Burlington, Colorado,
JASON ERHART, Kit Carson Correctional Center Captain,
GREG WILKINSON, Kit Carson Correctional Center Unit B Manager,
JOSEPH CALDART, Kit Carson Correctional Center Plumbing Instructor,
TINA GURULE, Colorado Department of Corrections Liaison, and
OTHER UNNAMED AND UNKNOWN JANE OR JOHN DOES, individually and
    in their official capacities,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 1 1 2007

GREGORY C. LANGHAM
CLERK

---

ORDER DENYING MOTION FOR RECONSIDERATION

---

Plaintiff Myron Ray Carter filed *pro se* on May 4, 2007, a motion seeking reconsideration of the order and judgment of dismissal filed on March 15, 2007, and the minute order filed on March 28, 2007, denying his request for more time in which to

submit a second amended complaint. The Court must construe the motion liberally because Mr. Carter is proceeding *pro se*. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion for reconsideration will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). A motion to reconsider filed within ten days after the judgment will be considered pursuant to Rule 59(e). *See id.* A motion to reconsider filed more than ten days after the final judgment in an action should be considered pursuant to Rule 60(b). *See id.* at 1243. Mr. Carter's motion, which was filed more than ten days after the Court's March 15, 2007, order and judgment of dismissal and March 28, 2007, minute order will be considered pursuant to Fed. R. Civ. P. 60(b). Relief under Rule 60(b) is appropriate only in extraordinary circumstances. *See Massengale v. Oklahoma Bd. of Examiners in Optometry*, 30 F.3d 1325, 1330 (10th Cir. 1994).

The Court dismissed the instant action without prejudice for Mr. Carter's failure within the time allowed to comply with the January 5, 2007, and February 2, 2007, orders for a second amended complaint and for his failure to prosecute. The basis for the dismissal is explained in detail in the March 15, 2007, dismissal order.

Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Carter fails to demonstrate the existence of any extraordinary circumstances

that would justify a decision to reconsider and vacate the order dismissing this action. Therefore, the motion for reconsideration will be denied. Accordingly, it is

ORDERED that the motion for reconsideration submitted *pro se* by Plaintiff Myron Ray Carter seeking reconsideration of the March 15, 2007, order and judgment of dismissal, and the March 28, 2007, minute order, and which the Court has construed liberally as a motion pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, is denied.

DATED at Denver, Colorado, this 10 day of May, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01671-BNB

Myron Ray Carter
Prisoner No. 58637
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

I hereby certify that I have mailed a copies of the **ORDER** to the above-named individuals on 5/11/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk